IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STATE FARM FIRE & CASUALTY CO.**                          **PLAINTIFF**
as partial subrogee of Kirk and
Kaycee Zarske

**v.**                                              **CAUSE NO. 1:18CV318-LG-MTP**

**RUBY CONSTRUCTION, LLC and**
**JADOT CONSTRUCTION, LLC**                               **DEFENDANTS**

## DEFAULT JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Judgment is rendered in favor of Plaintiff State Farm Fire and Casualty Company as partial subrogee of Kirk and Kaycee Zarske and against Defendant Jadot Construction, LLC, pursuant to Fed. R. Civ. P. 55(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall recover from Defendant Jadot Construction, LLC, the amount of $100,989.78 plus costs, and post-judgment interest at the currently prescribed federal rate from this date until paid in full.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2019.

                                        s/ *Louis Guirola, Jr.*
                                        LOUIS GUIROLA, JR.
                                        UNITED STATES DISTRICT JUDGE